# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130603

SHERRY W. WOODBY,
     Plaintiff-Appellee,

v

VEMCO, INC., (VENTURE INDUSTRIES),
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130603
COA: 264887
WCAC: 04-000207

_____/

On order of the Court, the application for leave to appeal the January 24, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

t0522